

# NUMBER 13-13-00221-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE PADRON PLUMBING, INC.

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Perkes
### Memorandum Opinion Per Curiam [1]

Relator, Padron Plumbing, Inc., filed a petition for writ of mandamus and motion for temporary relief in the above cause on April 26, 2013. The Court granted the motion for temporary relief and requested that the real party in interest, Joe Williamson Construction Co. Inc. ("Williamson"), file a response to the petition. Williamson filed its response to the petition for writ of mandamus on May 15, 2013. Relator shortly thereafter notified this Court that the parties had reached an agreement to compromise and settle their differences in the underlying lawsuit. Relator has now filed an

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

unopposed motion to dismiss this original proceeding on grounds that the parties have fully and finally compromised and settled all matters in controversy between them.

The Court, having examined and fully considered "Relator's Unopposed Motion to Voluntarily Dismiss Original Proceeding," is of the opinion that the motion should be granted. Accordingly, the Court LIFTS the stay previously imposed by this Court, GRANTS "Relator's Unopposed Motion to Voluntarily Dismiss Original Proceeding," and DISMISSES this cause AS MOOT without reference to the merits thereof. Pending motions, if any, are likewise DISMISSED AS MOOT. *See* TEX. R. APP. P. 52.8(a).

IT IS SO ORDERED.


PER CURIAM


Delivered and filed the
6th day of August, 2013.